UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASHLEY CREMER, et al., | |
| Plaintiffs, | Civil Action 04-cv-2124 (JLL) |
| v. | **ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE** |
| FX SOLUTIONS, LLC, et al., | |
| Defendants. | |
| and | |
| FX SOLUTIONS, LLC, et al., | |
| v. | |
| KEVIN CAPIOZZI, et al., | |
| Third Party Defendants. | |

**LINARES**, District Judge.

This matter having come before the Court on the Report and Recommendation of United States Magistrate Ronald J. Hedges, filed February 15, 2006; and the Court having received no objections; and the Court having reviewed the Report and Recommendation and other documents on file in this matter; and

For good cause shown;

**IT IS** on this /?/ day of March, 2006,

**ORDERED** that the Report and Recommendation of Magistrate Judge Hedges filed February 15, 2006, recommending that

(1) Defaults be entered against Azienda, Inc., Corcorvado, Inc., and Swordfish Holdings, Inc., with FX moving for default judgment within ten days of the entry thereof;

(2) The Answer and defenses of Kevin Capozzi, Oakley Thomas and Christopher Black be stricken, with FX moving for default judgement within ten days of the entry thereof;

(3) Judgment be entered in favor of FX and against Kevin Capozzi in the amount of $1,490, representing the costs of service by publication;

(4) Given the extreme sanctions recommended, FX not be awarded its reasonable fees and costs incurred in making this motion,

is hereby ADOPTED as the findings of fact and conclusions of law of this Court.

IT IS SO ORDERED.

Dated: March 17, 2006

_____
JOSE L. LINARES
UNITED STATES DISTRICT JUDGE

2